```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

MARILYN GOODWIN,
on behalf of JENNIFER ANN ATKINSON,

    Plaintiff,

v.                                    Civil Action No. 2:14-cv-11582

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered on February 19, 2015; and the magistrate judge having recommended that the court deny plaintiff's motion for judgment on the pleadings; grant defendant's motion for judgment on the pleadings; affirm the final decision of the Commissioner; dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

       1.   The Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

       2.   The plaintiff's motion for judgment on the pleadings,

and it hereby is, denied;

      3.   The defendant's motion for judgment on the pleadings is granted;

      4.   The final decision of the Commissioner be, and it hereby is, affirmed; and

      5.   The case be, and hereby is, dismissed from the docket of this court.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

      DATED: March 13, 2015

      _____
      John T. Copenhaver, Jr.
      United States District Judge